B6A (Official Form 6A) (12/07)

In re: **Antonio Anzelmo    Tiffany M. Anzelmo**,  Case No. _____
**Debtors** (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 25W360 Armbrust Avenue, Wheaton, IL 60187 | | J | $ 225,000.00 | $ 207,000.00 |
| | | Total ➢ | $ 225,000.00 | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re **Antonio Anzelmo  Tiffany M. Anzelmo**                ,          Case No. _____
                                  **Debtors**                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase 401K** | J | **2,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Savings Accounts: (Sofia, $15.00; Salvatore $20.00)** | J | **35.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Personal Checking** | J | **5.51** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Personal Checking** | W | **2.06** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wheaton Community Bank: Saving Account(100.03); Checking Account (556.93)** | J | **656.96** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **0.00** | J | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Entertainment Center ($200.00); Surround Sound System ($75.00); Sofa, Loveseat, and Ottoman ($250.00); End Table ($20.00); Kitchen Table and 6 Chairs ($150.00); Couch ($150.00) Kid Play Area ($100.00)** | J | **945.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Queen Bed ($75.00); Night Stand ($75.00); Small Dresser ($75.00); Large Dresser ($75.00); Twin Day Bed ($100.00); Dresser ($100.00); Loft Bed ($100.00); Dresser ($100.00)** | J | **700.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **0.00** | J | 0.00 |
| 6. Wearing apparel. | | **Tiffany Wardrobe ($100.00); Tony Wardrobe ($100.00) Salvatore and Sofia Wardrobe ($100.00)** | J | **300.00** |
| 7. Furs and jewelry. | | **Wedding Band** | J | **2,500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **0.00** | J | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Antonio Anzelmo   Tiffany M. Anzelmo**_____ ,   Case No. _____
                                Debtors                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | 0.00 | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | 0.00 | J | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | 0.00 | J | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 0.00 | J | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Studio T** | J | **5,700.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | 0.00 | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | 0.00 | J | 0.00 |
| 16. Accounts receivable. | | 0.00 | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | 0.00 | J | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 0.00 | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | 0.00 | J | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | 0.00 | J | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 0.00 | J | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | 0.00 | J | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | 0.00 | J | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | 0.00 | J | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Ford Focus 2002 2x5** | J | **1,500.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Antonio Anzelmo   Tiffany M. Anzelmo**               ,      Case No. _____
                         **Debtors**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Subaru Forrester 2009 xT** | **J** | **11,600.00** |
| 26. Boats, motors, and accessories. | | **0.00** | **J** | **0.00** |
| 27. Aircraft and accessories. | | **0.00** | **J** | **0.00** |
| 28. Office equipment, furnishings, and supplies. | | **Tripod Manforto/Bougen ($100.00); 4 Portable Stands ($100.00); Canon 580 Ex ($175.00); Canon EXII (200); Canon 7D ($700.00; Canon 30D (300); Polket Wizards (300.00)** | **J** | **1,865.00** |
| Office equipment, furnishings, and supplies. | | **Canon 1835 ($500); Canon 70-200 ($700); Canon 24-70 ($150)** | **J** | **1,700.00** |
| Office equipment, furnishings, and supplies. | | **Large Desk, Small Desk, Three Shelving Units** | **W** | **350.00** |
| Office equipment, furnishings, and supplies. | | **Sigma Canon Mount 70-200mm 2.8 ($200.00); Canon 50mm 2.5 Macro ($100.00); Canon 28mm 2.0 ($100.00); Canon 28-135mm ($100.00); Canon 35mm 2.0 (100.00); Canon 16-35mm 3.5 ($85.00); Photogenic 1250 Monolight ($300.00); Photogenic 350 Monolight ($150.00);** | **J** | **1,135.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **0.00** | **J** | **0.00** |
| 30. Inventory. | | **0.00** | **J** | **0.00** |
| 31. Animals. | | **0.00** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | | **0.00** | **J** | **0.00** |
| 33. Farming equipment and implements. | | **0.00** | **J** | **0.00** |
| 34. Farm supplies, chemicals, and feed. | | **0.00** | **J** | **0.00** |
| 35. Other personal property of any kind not already listed. Itemize. | | **0.00** | **J** | **0.00** |

__2__ continuation sheets attached         Total  ➤   **$ 30,994.53**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   Antonio Anzelmo   Tiffany M. Anzelmo  ,    Case No. _____
                                Debtors                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Tripod Manforto/Bougen ($100.00); 4 Portable Stands ($100.00); Canon 580 Ex ($175.00); Canon EXII (200); Canon 7D ($700.00; Canon 30D (300); Polket Wizards (300.00) | 735 ILCS 5/12-1001(d) | 1,865.00 | 1,865.00 |
| 25W360 Armbrust Avenue, Wheaton, IL 60187 | 735 ILCS 5/12-901 | 30,000.00 | 225,000.00 |
| Canon 1835 ($500); Canon 70-200 ($700); Canon 24-70 ($150) | 735 ILCS 5/12-1001(b) | 1,700.00 | 1,700.00 |
| Chase 401K | 735 ILCS 5/12-1006 | 2,000.00 | 2,000.00 |
| Ford Focus 2002 2x5 | 735 ILCS 5/12-1001(b) | 1,295.85 | 1,500.00 |
| Sigma Canon Mount 70-200mm 2.8 ($200.00); Canon 50mm 2.5 Macro ($100.00); Canon 28mm 2.0 ($100.00); Canon 28-135mm ($100.00); Canon 35mm 2.0 (100.00); Canon 16-35mm 3.5 ($85.00); Photogenic 1250 Monolight ($300.00); Photogenic 350 Monolight ($150.00); | 735 ILCS 5/12-1001(d) | 1,135.00 | 1,135.00 |
| Studio T | 735 ILCS 5/12-1001(b) | 4,347.19 | 5,700.00 |
| Subaru Forrester 2009 xT | 735 ILCS 5/12-1001(c) | 4,800.00 | 11,600.00 |
| Tiffany Wardrobe ($100.00); Tony Wardrobe ($100.00) Salvatore and Sofia Wardrobe ($100.00) | 735 ILCS 5/12-1001(a),(e) | 300.00 | 300.00 |
| Wheaton Community Bank: Saving Account(100.03); Checking Account (556.93) | 735 ILCS 5/12-1001(b) | 656.96 | 656.96 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

In re  Antonio Anzelmo   Tiffany M. Anzelmo                    ,         Case No.  _____
                             **Debtors**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08200838681<br>Banco Popular<br>PO Box 4503<br>Oak Park, IL 60303-4503 | | J | 10/01/2005<br>Mortgage<br>25W360 Armbrust Avenue, Wheaton, IL 60187<br>VALUE $225,000.00 | | | | 18,000.00 | 0.00 |
| ACCOUNT NO. 10818210025808<br>Subaru Motors Finance (Chase Bank)<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | | J | 10/01/2008<br>Security Agreement<br>Subaru Forrester 2009 xT<br>VALUE $11,600.00 | | | | 6,228.39 | 4,572.88 |
| ACCOUNT NO. 0148505225<br>Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream, IL 60197-5296 | | J | 10/01/2005<br>Mortgage<br>25W360 Armbrust Avenue, Wheaton, IL 60187<br>VALUE $225,000.00 | | | | 187,778.94 | 17,000.00 |

0   continuation sheets attached

Subtotal ▷ (Total of this page)      $ 212,007.33   $ 21,572.88

Total ▷ (Use only on last page)      $ 212,007.33   $ 21,572.88

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Antonio Anzelmo   Tiffany M. Anzelmo**                               Case No. _____
                                    Debtors                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Antonio Anzelmo   Tiffany M. Anzelmo**                        , Case No. _____
                                             Debtors                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤ (Totals of this page)   $ 0.00   $ 0.00   $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 0.00   $ 0.00

B6F (Official Form 6F) (12/07)

In re  **Antonio Anzelmo   Tiffany M. Anzelmo**                              ,       Case No. _____
                                 **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 463A6-0OCC712460<br>**Accelerated Rehabilitation**<br>**c/o: Transworld Systems, Inc.**<br>**1375 E. Woodfield Road, #110**<br>**Schaumburg, IL 60187** | | J | 2009<br>**Medical Expenses** | | | | 157.00 |
| ACCOUNT NO. 3727675972004<br>**American Express**<br>**c/o: GC Services**<br>**PO Box 47500**<br>**Jacksonville, FL 32247** | | J | 06/2011<br>**Revolving Credit Card** | | | | 2,195.63 |
| ACCOUNT NO. 5466320948073885<br>**Bank of America**<br>**c/o: Encore-FIA Card Services**<br>**Payment Processing Center**<br>**PO Box 15019**<br>**Wilmington, DE 19886-5019** | | J | **Revolving Credit Card** | | | | 7,146.89 |
| ACCOUNT NO. 5004643<br>**Central DuPage Hospital**<br>**c/o: H&R Accounts, Inc.**<br>**7017 John Deere Parkway**<br>**PO Box 672**<br>**Moline, IL 61266-0672** | | J | 2009<br>**Medical Expenses** | | | | 4,426.30 |
| ACCOUNT NO. 4266880130257625<br>**Chase**<br>**Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilmington, DE 19886-5153** | | J | 2005<br>**Revolving Credit Card** | | | | 1,913.91 |

_2_   Continuation sheets attached

Subtotal ▶ $ **15,839.73**

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Anzelmo   Tiffany M. Anzelmo**          ,   Case No. _____
                              **Debtors**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00450677385002<br>Chase Bank (Line of Business Credit<br>311 Wesley Street<br>Wheaton, IL 60187 | | J | 10/2008<br>Line of Business Credit | | | | 17,651.41 |
| ACCOUNT NO. 5582508618626235<br>Chase Ink<br>PO Box 15153<br>Wilmington, DE 19886 | | H | 12/2012<br>Revolving Credit Card | | | | 3,586.34 |
| ACCOUNT NO. 5082290019693578<br>Citi Business Card<br>PO Box 6235<br>Sioux Falls, SD 57117-6235 | | H | 2005<br>Revolving Credit Card | | | | 1,915.60 |
| ACCOUNT NO. 5424180804536637<br>Citicard<br>PO Box 6500<br>Sioux Falls, SD 57117 | | J | Revolving Credit Card | | | | 9,449.10 |
| ACCOUNT NO. 6004300106180851<br>Menards HSBC Retail Services<br>PO Box 17602<br>Baltimore, MD 21297 | | J | 01/2006<br>Revolving Credit Card | | | | 685.11 |

    2   Continuation sheets attached

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ **33,287.56**

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Antonio Anzelmo   Tiffany M. Anzelmo                ,   Case No. _____
                          **Debtors**                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5049941086155261<br>**Sears Home Improvement**<br>**PO Box 183081**<br>**Columbus, OH 43218-3081** | | J | 04/2011<br>Revolving Credit Card | | | | 2,558.07 |
| ACCOUNT NO.  5243661002336340<br>**TJX Rewards,GECRB**<br>**PO Box 530949**<br>**Atlanta, GA 30353-0949** | | J | 12/2011<br>Revolving Credit Card | | | | 269.95 |
| ACCOUNT NO.  5774421940478127<br>**Wells Fargo Financial National Bank**<br>**PO Box 660431**<br>**Dallas, TX 75266** | | J | Revovling Credit Card | | | | 1,784.09 |

_2_ Continuation sheets attached

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 4,612.11

Total ▶ $ 53,739.40

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: **Antonio Anzelmo  Tiffany M. Anzelmo**  ,     Case No. _____
                        **Debtors**                                                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Antonio Anzelmo    Tiffany M. Anzelmo**                    Case No. _____
                                    **Debtors**                                                          *(If known)*

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re **Antonio Anzelmo Tiffany M. Anzelmo**, Case No. _____
                         Debtors                          **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|---|
| | | RELATIONSHIP(S): | AGE(S): |
| | | Son | 5 |
| | | Daughter | 2 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Tool and Die Supervisor** | **Part time graphic designer** |
| Name of Employer | **Allied Rivet** | |
| How long employed | **4 years** | **4 months** |
| Address of Employer | **1182 Commerce Drive Geneva, IL 60134** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 4,000.00 | $ 2,218.18 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,000.00 | $ 2,218.18 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 753.04 | $ 372.85 |
|    b. Insurance | $ 274.76 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify) **401K** | $ 80.00 | $ 0.00 |
|       **Dental Insurance** | $ 71.80 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,179.60 | $ 372.85 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,820.40 | $ 1,845.33 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,820.40 | $ 1,845.33 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,665.73 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07) - Cont.**

In re **Antonio Anzelmo Tiffany M. Anzelmo**                                            Case No. _____

                                                  **Debtors**                                                                                                   **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **Antonio Anzelmo Tiffany M. Anzelmo**,     Case No. _____
                    **Debtors**                       (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,500.00 |
|      a. Are real estate taxes included?  Yes _____  No ✓ | |
|      b. Is property insurance included?  Yes _____  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 206.00 |
|      b. Water and sewer | $ 32.00 |
|      c. Telephone | $ 230.00 |
|      d. Other **Roy Strom Garbage** | $ 27.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 700.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 30.00 |
| 8. Transportation (not including car payments) | $ 360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 60.75 |
|      b. Life | $ 103.58 |
|      c. Health | $ 0.00 |
|      d. Auto | $ 97.20 |
|      e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Real Estate Taxes** | $ 317.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 425.00 |
|      b. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Child Care** | $ 475.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,763.53 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 4,665.73 |
|     b. Average monthly expenses from Line 18 above | $ 4,763.53 |
|     c. Monthly net income (a. minus b.) | $ -97.80 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
# Central District of Illinois

In re **Antonio Anzelmo    Tiffany M. Anzelmo**,    Case No. _____
Debtors

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 225.000.00 | | |
| B - Personal Property | YES | 3 | $ 30.994.53 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 212.007.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 53.739.40 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 4.665.73 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4.763.53 |
| TOTAL | | 16 | $ 255,994.53 | $ 265,746.73 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of Illinois

In re **Antonio Anzelmo   Tiffany M. Anzelmo**,
Debtors

Case No. _____

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,883.40 |
| Average Expenses (from Schedule J, Line 18) | $ 4,763.53 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 5,200.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 21,572.88 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 43,959.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 65,532.84 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of Illinois

In re **Antonio Anzelmo Tiffany M. Anzelmo**  
Debtors

Case No. _____  
Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,883.40 |
| Average Expenses (from Schedule J, Line 18) | $ 4,763.53 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 5,200.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 21,572.88 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 43,959.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 65,532.84 |